Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida
Jacksonville Division

Kent Allen Jr.
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Mark Zuckerberg
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 3:21-cv-543-MMH-JRK
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☑ No

FILED

## COMPLAINT FOR A CIVIL CASE

**I.  The Parties to This Complaint**

   **A.  The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Kent Allen Jr.
   Street Address: 8201 SW 3rd Ct
   City and County: North Lauderdale
   State and Zip Code: Florida 33068
   Telephone Number: 404.721.9050
   E-mail Address: nerdsfinancial@gmail.com

   **B.  The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
　　Name: Mark ~~Zuckerberg~~ Zuckerberg
　　Job or Title (if known): CEO of Facebook
　　Street Address: 770 Broadway
　　City and County: New York
　　State and Zip Code: NY 10003
　　Telephone Number: 585-201-2499
　　E-mail Address (if known):

Defendant No. 2
　　Name:
　　Job or Title (if known):
　　Street Address:
　　City and County:
　　State and Zip Code:
　　Telephone Number:
　　E-mail Address (if known):

Defendant No. 3
　　Name:
　　Job or Title (if known):
　　Street Address:
　　City and County:
　　State and Zip Code:
　　Telephone Number:
　　E-mail Address (if known):

Defendant No. 4
　　Name:
　　Job or Title (if known):
　　Street Address:
　　City and County:
　　State and Zip Code:
　　Telephone Number:
　　E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question   ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Kent Allon Jr., is a citizen of the State of *(name)* Florida.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, (name) Mark Zuckerberg (Facebook) is incorporated under the laws of the State of (name) New York, and has its principal place of business in the State of (name) New York.

Or is incorporated under the laws of (foreign nation) —,

and has its principal place of business in (name) New York.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

With the idea of facebook that I expressed to Mark Zuckerberg I'm looking for the relief of $81 million dollars for the idea I expressed to him.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see attachment →
The idea was for a social media site

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

With the idea of Facebook that I expressed to Mark Zuckerberg I'm looking for the relief of $81 million dollars for the idea I expressed to him.

Facebook

At the age of 6 yrs. old before I started playing basketball I was a music entertainer in California. At the time, my music was very popular and was played throughout the country. Living in California was a great experience but was short lived. I was differently beyond my age. Doing this time, my mother was alive and usually I was with her. I had many friends in the area and was a famed artist. Many kids and adults wanted to work with me. One of my favorite people to chat with was my cousin Mark Zuckerberg whom is my cousin on my mother side name Lisa Knight. At the time, me and him would talk on the phone about different things. Speaking with him draw my attention to other things than music especially technology which we both was the way of the future. One day while we were hanging out in California I started thinking of names which is what I liked doing when wasn't focused on music.

Doing our conversation, we started talking about social media which we knew would be the way of the future. As kids we seen that our age group liked to socialize especially via chat rooms and use of the telephone. While hanging out near the park is when I thought of the perfect name for a social media site. At the time, the yearbook was very popular in school. Additionally, I explained to him that we could for every person use a profile picture of the person FACE. While we talked, I thought of the perfect name for us to use. Collectively, I wanted to use the FACE and BOOK part when you put it together you have FACEBOOK. Importantly, this is key as each profile would have a FACE to it and it would be like a year BOOK of your friends. Initially, this is how FACEBOOK started when first launched for college students, but evolved over time into more of a social media site for not only college students, but for friends and family as well. Working with Mark was a great experience and I took proud in him being my cousin.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-21-21

Signature of Plaintiff
Printed Name of Plaintiff  Kent Allen Jr.

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address